IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | |
| | * | CASE NO. 10-05149-MCF |
| KENNETH NIEVES MAISONET | * | |
| NOEMI VAZQUEZ MATEO | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

## DEBTORS' MOTION REQUESTING ORDER
## RE: AUTHORIZATION TO USE FUNDS FROM 2013 TAX REFUND

TO THE HONORABLE COURT:

**NOW COME, KENNETH NIEVES MAISONET and NOEMI VAZQUEZ MATEO,** debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors' proposed Plan dated December 21, 2010, provides that debtors' tax refunds will be paid into the Plan. See docket #32.

2. The debtors have received their 2013 tax refund in the sum of $1,051.00. Attached is copy of check dated July 16, 2014 issued by the Puerto Rico Treasury Department.

3. The debtors respectfully submit to the Court that they need to use these funds to pay for: back-to-school and house maintenance expenses. Attached is copy of back-to-school and house maintenance expenses estimates/invoices.

4. The debtors need to use the funds from the 2013 "tax refund' to pay for these reasonable expenses. Furthermore, the debtors are living within a very "tight" budget which barely covers their living expenses and a Plan payment of $280.00.

5. Based on the above-stated, the debtors respectfully request this Court to Order the authorization of the use of these funds to allow the debtors to pay for these expenses

Page – 2-
Debtors' Motion Requesting Order
Case no. 10-05149-MCF13

with their "tax refund".

**WHEREFORE**, debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2013 tax refund by the debtors to pay for the above-stated expenses.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to debtors to the address of record: HC 01 Box 4399 Aibonito PR 00705.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 22nd day of July, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com



**AIBONITO BARGAIN**

R O P A
Para Damas, Caballeros y Niños
ARTICULOS PARA EL HOGAR
ROPA ESCOLAR (Para todas las Escuelas)
TEL. (787) 735-1852
FRENTE A LA PLAZA DE RECREO
AIBONITO, PUERTO RICO

698

Nombre: Noemi Vazquez  Fecha: 5/31/2014
Dirección: ___

| Contado | C.O.D. | Crédito | Pagado a Cta. |
|---|---|---|---|
|  |  |  |  |

| CANTIDAD | ARTICULO | PRECIO UNIDAD | TOTAL |
|---|---|---|---|
| 10 | camisas | 12.99 | 129.90 |
| 5 | pantalones | 17.99 | 89.95 |
| 3 | uniformi | 20.00 | 60.00 |
|  |  |  | 279.85 |

GRACIAS POR SU VISITA      TOTAL  279.85

nombre: Kenneth Nieves

fecha: 5-31-14

Aibonito School Supply
Calle San José #150
PO Box 546
Aibonito, PR 00705
teléfono y fax : 787-991-1250

# Cotización

| cantidad | unidad | descripción | precio por unidad | total |
|---|---|---|---|---|
| 10 | u. | libretas Norma grande carpeta regular | 2.99 | 29.90 |
| 1 | u. | libreta escritura "third" Norma | 2.89 | 2.89 |
| 7 | u. | sobres manila legal | 0.25 | 1.75 |
| 1 | u. | crayolas Crayola 24 ct | 2.29 | 2.29 |
| 1 | u. | Elmer's washable school glue 8oz | 2.29 | 2.29 |
| 1 | u. | tijera Crayola punta redonda | 1.99 | 1.99 |
| 1 | dz | lápices Mirado Classic #2 | 2.69 | 2.69 |
| 1 | u. | libro colorear licencia | 2.49 | 2.49 |
| 1 | u. | goma Lim | 0.89 | 0.89 |
| 1 | resma | papel multiuso Chamex | 5.99 | 5.99 |
| 1 | u. | bulto con ruedas Totto vaval | 89.00 | 89.00 |
| | | | | 142.17 |
| | | | 7% IVU | 7.46 |
| | | | | 149.83 |

Las libretas no pagan IVU durante todo el año.
Precios sujetos a cambios.
Carmen D Matos
Gerente

nombre: Kenneth Meyer

fecha: 5-31-14

Aibonito School Supply
Calle San José #150
PO Box 546
Aibonito, PR 00705
teléfono y fax : 787-991-1250

## Cotización

| cantidad | unidad | descripción | precio por unidad | total |
|---|---|---|---|---|
| 10 | u. | libretas Norma grande carpeta regular | 2.99 | 29.90 |
| 4 | u. | sobre manila legal | 0.25 | 1.00 |
| 1 | dz | lápices Mirado Classic #2 | 2.69 | 2.69 |
| 1 | u. | crayolas Crayola 24 ct | 2.29 | 2.29 |
| 1 | u. | Merletto regla flexible 12" | 1.99 | 1.99 |
| 1 | u. | Elmer's washable school glue 8oz | 2.29 | 2.29 |
| 1 | u. | goma líon | 0.89 | 0.89 |
| 1 | u. | tijeras Crayola punta redonda | 1.99 | 1.99 |
| 2 | u. | marcador Expo | 1.59 | 3.18 |
|  |  |  |  | 46.22 |
|  |  |  | 7% IVU | 1.14 |
|  |  |  |  | 47.36 |

Las libretas no pagan IVU durante todo el año.
Precios sujetos a cambios.
Carmen D Matos
Gerente

# QUOTE

Store 6403 CAGUAS
LAS CATALINAS MALL
CAGUAS, PR 00726

Phone: (787) 703-1400
Salesperson: AXP02P
Reviewer:

Page 1 of 2

**No. 6403-215850**

## SOLD TO

| | |
|---|---|
| Name | **KENNETH NIEVES** |
| Address | HC 1 BOX 4399 |
| City | AIBONITO |
| State | PR |
| Zip | 00705-9741 |
| County | AIBONITO |
| Company Name | |
| Job Description | COTIZACION |
| Work Phone | (787) 486-3241 |
| Home Phone | (787) 486-3241 |

2014-06-02 15:35
Prices Valid Thru: 06/09/2014

We reserve the right to limit the quantities of merchandise sold to customers

## CUSTOMER PICKUP #1

REF # W04   SKU # 0000-515-664   Customer Pickup / Will Call

### MERCHANDISE AND SERVICE SUMMARY

STOCK MERCHANDISE TO BE PICKED UP:

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-154-148 | 1.00 | EA | BEHR PPE FLAT 4050 UPW 5GAL / | A | Y | $130.00 | $130.00 |
| R02 | 0000-210-728 | 1.00 | EA | BEHR PPI CEILING PAINT 558 5GAL / | A | Y | $103.00 | $103.00 |
| R03 | 0000-101-577 | 2.00 | GA | 8500 LT WARRANTY HYB RF SEALER 5GAL / | A | Y | $139.00 | $278.00 |

SCHEDULED PICKUP DATE: 06/03/2014

MERCHANDISE TOTAL: $511.00

END OF CUSTOMER PICKUP - REF #W04

**NOT VALID FOR MERCHANDISE CARRY-OUT**

FOR WILL CALL
MERCHANDISE PICK-UP
PROCEED TO WILL CALL OR
SERVICE DESK AREA
(Pro Customers, Proceed To The Pro Desk)

Customer Copy

Page 1 of 2

**No. 6403-215850**

QUOTE - Continued

Last Name: KENNETH

Page 2 of 2

**No. 6403-215850**

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**
A: 90 DAYS DEFAULT POLICY•••••••••••••••••••••••••••••••••••;

*"The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details."*

| ORDER TOTAL | |
|---|---|
| SALES TAX | $511.00 |
| TOTAL | $35.77 |
| BALANCE DUE | $546.77 |
| | $546.77 |

### END OF ORDER No. 6403-215850

### TERMS AND CONDITIONS

**WILL CALL**
Will Call items will be held in the store for 7 days. For Will Call merchandise pick up, proceed to Will Call/Service Desk area(Pro Customers, proceed to the Pro Desk).

**Returns:** A 15% restocking fee applies to the return of regular special orders, i.e., special orders merchandise that is not custom made. Special orders that are custom uniquely designed or fitted to accommodate the requirements of a particular space or environment (some examples are cabinetry, countertops, floor and wall coverings, and window treatments) are non-returnable. Exceptions: Cancellations made by midnight on the third business day after the date of Your purchase; merchandise incorrectly ordered by Home Depot or by Professional; or merchandise damaged beyond repair in delivery or by Professional. Unless otherwise specified in this Agreement, all returns must be made within Home Depot's posted time frame.